WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TERRASANTA CONDOMINIUM OWNERS ASSOCIATION, INC.,<br><br>Defendant. | Case No.: 2:17-cv-01751-RFB-GWF<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and Defendant TERRASANTA CONDOMINIUM OWNERS ASSOCIATION, INC. ("HOA"), through their counsel of record, stipulate as follows:

1. This matter relates to real property located 5650 E. Sahara Avenue #2021, Las Vegas, Nevada 89142, APN: 161-04-816-045 (the "Property"). The Property is more specifically described as:

   Parcel I:

   Unit 2021 in Building 5 of TERRASANTA UNIT 2 (A CONDOMINIUM DEVELOPMENT) filed pursuant to the provisions of N.R.S. 116 recorded in Book 93 of Plats, Page 35, in the Official Records of the County Recorder, Clark County, Nevada, and as defined in that certain Declaration of Restrictions (enabling declaration establishing a plan for condominium ownership of TERRASANTA CONDOMINIUMS) recorded January 18, 2000 in Book 20000118 of Official Records, Clark County, Nevada, as Document No. 01452.

Parcel II:

An undivided 1/48th interest in and to the common element Phase 4 as shown upon TERRASANTA UNIT 2 (A CONDOMINIUM DEVELOPMENT) filed pursuant to the provisions of N.R.S. 116 recorded in Book 93 of Plats, Page 35, in the Official Records of the County Recorder, Clark County, Nevada, and as defined in that certain Declaration of Restrictions (enabling declaration establishing a plan for condominium ownership of TERRASANTA CONDOMINIUMS) recorded January 18, 2000 in Book 20000118 of Official Records, Clark, County, Nevada, as Document No. 01452.

Parcel III:

An exclusive use easement over that portion of the common element shown as patios, balconies, landings, stairways, assigned storage, covered parking, and garages which areas shall be referred to a Limited Common Elements as shown upon TERRASANTA UNIT 2 (A CONDOMINIUM DEVELOPMENT) filed pursuant to the provisions of N.R.S. 116 recorded in Book 93 of Plats, Page 35, in the Official Records of the County Recorder, Clark County, Nevada, and as defined in that certain Declaration of Restrictions enabling declaration establishing a plan for condominium ownership of TERRASANTA CONDOMINIUS recorded January 18, 2000 in Book 20000118 of Official Records, Clark County, Nevada, as Document Number 01452.

Parcel IV:

A non-exclusive easement for ingress and egress, public utilities and private streets over the Common Element of the Condominium Project as show upon TERRASANTA UNIT 2 (A CONDOMINIUM DEVELOPMENT) filed pursuant to the provisions of N.R.C. 116 recorded in Book 93 of Plats, Page 35, in the Official Records of the County Recorder, Clark County, Nevada, and as defined in that certain Declaration of Restrictions (enabling declaration establishing a plan for condominium ownership of TERRASANTA CONDOMINIUMS) recorded January 18, 2000 in Book 20000118 of Official Records, Clark County, Nevada, as Book No. 01452.

Parcel V:

RESERVING THEREFROM for the benefit of owners in Phases Four (4) through Six (6) non-exclusive easements for ingress, egress, and recreational use over that certain common elements Phases 4 through 6, as shown upon TERRASANTA UNIT 2, as shown by map thereof on file in Book 93 of Plats, Page 35, in the Office of the County Recorder of Clark County, Nevada, and as further defined in that certain Declaration of Restrictions (enabling declaration establishing a plan for condominium ownership of TERRASANTA CONDOMINIUMS) recorded January 18, 2000 in Book 20000118 of Official Records, Document No. 01452.

///

2. Fannie Mae is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on February 21, 2002, as Instrument Number 20020221-0000833, in the Official Records of Clark County, Nevada (the "Deed of Trust").

3. On October 8 2012, the HOA recorded a Foreclosure Deed as Instrument Number 20121008-0001238 of the Official Records of Clark County, Nevada (the "HOA Foreclosure Deed"), reflecting that the HOA purchased the Property at its foreclosure sale of the Property conducted on September 21, 2012 (the "HOA Sale").

4. The HOA has not transferred his interest in the Property and is still the title holder of record.

5. On June 26, 2017, Fannie Mae initiated a lawsuit against the HOA in the United States District Court, District of Nevada, Case No. 2:17-cv-01751-RFB-GWF, to obtain a judicial declaration of quiet title to the Property.

6. Fannie Mae and the HOA have entered a settlement agreement in which they have settled all claims between them in this case. This Stipulation and Order applies to the matters addressed in the Quiet Title Action only and has no relevance to any other matter.

7. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed and Deed of Sale, and the HOA's interest in the Property is subject to the Deed of Trust.

DATED this 24th day of April, 2018.

WRIGHT FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89119
*Attorney for Plaintiff Federal*
*National Mortgage Association*

DATED this 24th day of April, 2018.

BOYACK, ORME & ANTHONY

*/s/ Adam J. Breeden*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Adam J. Breeden, Esq.
Nevada Bar No. 8768
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
*Attorneys for Defendant Terrasanta*
*Condominium Owners Association, Inc.*

**ORDER**

Based on the above stipulation between Fannie Mae and the HOA, the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located at 5650 E. Sahara Avenue #2021, Las Vegas, Nevada 89142, APN: 161-04-816-045 (the "Property") on February 21, 2002, as Instrument Number 20020221-0000833, was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by the HOA on September 21, 2012, or the recording of the Foreclosure Deed in the Official Records of Clark County, Nevada, on October 8 2012, the HOA recorded as Instrument Number 20121008-0001238, reflecting that the HOA purchased the Property at the foreclosure sale.

IT IS FURTHER ORDERED that Fannie Mae shall be entitled to record this STIPULATION AND ORDER CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this Order constitutes the final judgment of this Court, resolving all claims in this case, with prejudice, each party to bear its own fees and costs.

DATED this  1st  day of _____May_____, 2018.

                                                                   _____
                                                                   RICHARD F. BOULWARE, II
                                                                   United States District Judge

Respectfully submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff Federal National Mortgage Association*